People v Cousins (2026 NY Slip Op 00024)

People v Cousins

2026 NY Slip Op 00024

Decided on January 06, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 06, 2026

Before: Renwick, P.J. SEQ CHAPTER \h \r 1, Manzanet-Daniels, Gesmer, Higgitt, Michael, JJ.

Ind. No. 710/21|Appeal No. 5521|Case No. 2022-00923|

[*1]The People of the State of New York, Respondent, 
vMason Cousins, Appellant.

Twyla Carter, The Legal Aid Society, New York (Steven J. Miraglia of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Mari Bijimenian of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, 
New York County (Michele Rodney, J.), rendered March 01, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 6, 2026
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.